[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  09-15004
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 20, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-01365-CV-4-RBP

BARBARA A. HORNE,

Plaintiff-Appellant,

versus

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(July 20, 2010)

Before TJOFLAT, BIRCH and ANDERSON, Circuit Judges.

PER CURIAM:

This appeal is from the district court's judgment entered pursuant to the jury's verdict and from the district court's denial of appellant's post-judgment motion to alter, amend, or vacate the judgment. We have carefully considered the grounds for reversal appellant raises in her brief and conclude that they lack merit.

AFFIRMED.